UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   SACV 17-756-JGB (KS)                                    Date: July 5, 2017

Title   _Christine Ann Cortez v. Nancy A. Berryhill_


Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge


Roxanne Horan-Walker
Deputy Clerk                                        Court Reporter / Recorder

Attorneys Present for Plaintiffs:                  Attorneys Present for Defendants:


**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 27, 2017, Plaintiff, a California resident proceeding _pro se_, filed a Complaint seeking review of the denial of her application for disability insurance benefits ("DIB").  (Dkt. No. 1.)  On May 8, 2017, the Court issued a scheduling order that directed Plaintiff to file an appropriate proof of service within 30 days of the date of the order – that is, no later than June 7, 2017.  (Dkt. No. 7.)

Almost a month has now passed since Plaintiff's deadline for filing an appropriate proof of service, and none has been filed.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE no later than July 19, 2017 why this action should not be dismissed for failure to prosecute** and comply with court orders.  *See* FED. R. CIV. P. 41(b); Local Rule 41-1.  Plaintiff may discharge this order by filing before the July 19, 2017 deadline either:  (1) proper proof of service;[1] or a request for an extension of time to file the proof of service with a sworn declaration showing good cause for her failure to comply with the Court's May 8, 2017 scheduling order.

---
[1]        Proper proof of service in this case would consist of **the certified or registered mail receipts and a declaration, under penalty of perjury, that the summons and complaint were served by registered or certified mail** on:  (a) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles California 90012; (b) Region IX Chief Counsel, Office of the General Counsel, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545; and (c) the Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Ave. NW, Washington D.C. 20530-0001.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SACV 17-756-JGB (KS)                          Date: July 5, 2017

Title      *Christine Ann Cortez v. Nancy A. Berryhill*

Plaintiff is reminded that, under the Federal Rules of Civil Procedure, she has 90 days from the date she filed the Complaint to effect service of process.  *See* FED. R. CIV. P. 4(m).

**Plaintiff's failure to timely comply with this Order may result in a recommendation of dismissal.**

                                                              _____ :
**Initials of Preparer**    rhw