JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ANN CORTEZ, <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br> Defendant. | NO. SA CV 17-0756-JGB (KS) <br><br> JUDGMENT |

Pursuant to the Court's ORDER, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: February 20, 2018

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE